# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | CHRISTOPHER L. & ELIZABETH S. RUDICH |
| Case Number: | 16-20524-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, SEPTEMBER 29, 2016 11:30 AM    3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
10/3/16 10:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#5 - Final Confirmation of Plan Dated 2/17/2016 - NFC
+Objection by JPMorgan Chase Bank, N.A.
R / M #:  5 / 0

**Appearances:**

Debtor: *[signature]*
Trustee: Winnecour / Bedford / Pail / Katz *(Katz circled)*
Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to __11/17/16__ at __3:30 pm__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*Handwritten note:* Question raised as to whether BE was satisfied given originally filed Form 122. Debtor to review and file an amended Form 122 or amended plan or continue to pursue confirmation of current plan.

9/22/2016    1:12:25PM