# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Christopher L. Rudich<br>          Elizabeth S. Rudich<br>                              Debtors | CHAPTER 13 |
| JPMorgan Chase Bank, National Association, its successors and/or assigns<br>                              Moving Party<br>          vs.<br>Christopher L. Rudich<br>Elizabeth S. Rudich<br>                              Debtors<br>Ronda J. Winnecour<br>                              Trustee | NO. 16-20524 CMB<br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Proof of Claim of JPMorgan Chase Bank, National Association, which was filed with the Court on or about **10/05/2016** Claim number 18.

Respectfully submitted,

**/s/ Joshua I. Goldman, Esquire**
Joshua I. Goldman, Esquire
Thomas Puleo, Esquire
Attorneys for Movant/Applicant
KML Law Group, P.C.
Main Number: (215) 627-1322

October 5, 2016