FILED
11/21/16 3:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** CHRISTOPHER L. & ELIZABETH S. RUDICH
**Case Number:** 16-20524-CMB    **Chapter:** 13
**Date / Time / Room:** THURSDAY, NOVEMBER 17, 2016 03:30 PM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#40 - Amended Plan Dated 10/24/2016 - NFC
   +Objections by First National Bank of PA
R / M #: 40 / 0

### *Appearances:*

**Debtor:** Steidl
**Trustee:** Winnecour / (Bedford) / Pail / Katz
**Creditor:** Raphael - First Nat Bank of PA

### *Proceedings:*

C#2 issue - as to whether the collateral was owned by debtor

**Outcome:**

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 1-19-17 at 1:30.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

11/9/2016    3:46:09PM