**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

03/12/2019

IN RE:

CHRISTOPHER L. RUDICH
ELIZABETH S. RUDICH
190 WASHINGTON STREET
BADEN, PA 15005
XXX-XX-2622         Debtor(s)

XXX-XX-8896

Case No.16-20524 CMB

Chapter 13

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/12/2019

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **DUQUESNE LIGHT COMPANY***<br>ATTN: TARA R PFEITER, LITIGATION COUNSEL<br>411 7TH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 74.35<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8896 |
| **JPMORGAN CHASE BANK NA**<br>3415 VISION DR<br>MAIL CODE OH4-7142<br>COLUMBUS, OH 43219 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number: 17-3<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DK4PMT-LMT*FLD AFT BAR*AMD*NTC-RSV | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 6988 |
| **SYNCHRONY BANK++**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CARE CREDIT VISION/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 7182/PRAE |
| **DAVID W RAPHAEL ESQ**<br>GRENEN AND BIRSIC PC<br>1 GATEWAY CENTER 9TH FL<br>PITTSBURGH, PA 15222 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: FNB OF PA/SCH | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PERITUS PORTFOLIO SERVICES II LLC**<br>PO BOX 141419<br>IRVING, TX 75014-1419 | Trustee Claim Number: 5   INT %: 5.74%<br>Court Claim Number: 6<br>CLAIM: 6,945.58<br>COMMENT: $/CL-PL@5.74%/PL@K*PL=K*FR FNB-DOC 50 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 5421 |
| **FIRST NATIONAL BANK OF PA(*)**<br>LOAN ADJUSTMENT DEPT*<br>4140 E STATE ST<br>HERMITAGE, PA 16148 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 0.00<br>COMMENT: PMT/CL-PL*96x60+2=LMT*DKT!*BG 2-16 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 9375 |
| **HUNTINGTON NATIONAL BANK(*)**<br>2361 MORSE RD (NC2W43)<br>COLUMBUS, OH 43229 | Trustee Claim Number: 7   INT %: 6.00%<br>Court Claim Number: 1<br>CLAIM: 2,449.14<br>COMMENT: $/CL-PL@6%@MDF/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 2503 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 10-3<br>CLAIM: 0.00<br>COMMENT: 0/CL-PL*AMD | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 2622 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 16,205.88<br>COMMENT: 9262/SCH*FR AES/PHEAA-DOC 56 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2622 |
| **BANK OF AMERICA NA****<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3246 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **BANK OF AMERICA NA**<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 21,868.46<br>COMMENT: 9393/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8315 |
| **CAVALRY SPV I LLC***<br>C/O CAVALRY PORTFOLIO SERVICES LLC(*)<br>PO BOX 27288<br>TEMPE, AZ 85282 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 3,556.85<br>COMMENT: LEVIN FURNITURE*JUDGMENT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4384 |
| **US DEPARTMENT OF EDUCATION**<br>FEDLOAN SERVICING<br>POB 530210<br>ATLANTA, GA 30353-0210 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 23,235.01<br>COMMENT: 7FD0/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8896 |
| **FIRST NATIONAL BANK OF PA(*)**<br>LOAN ADJUSTMENT DEPT*<br>4140 E STATE ST<br>HERMITAGE, PA 16148 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 2-2<br>CLAIM: 6,963.52<br>COMMENT: C2GOVS*AMD*DK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0970 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7312 |
| **PRA AG FUNDING LLC**<br>C/O PORTFOLIO RECOVERY ASSOC<br>120 CORPORATE BLVD STE 100<br>NORFOLK, VA 23502 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8318 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 2,291.51<br>COMMENT: 2837/SCH*GE CAP/HHGREGG | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5843 |
| **USAA SAVINGS BANK++**<br>PO BOX 47504<br>SAN ANTONIO, TX 78265 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1254 |
| **CLIENT SERVICES**<br>3451 HARRY TRUMAN BLVD<br>ST CHARLES, MO 63301-4047 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **GECRB**<br>POB 530939<br>ATLANTA, GA 30353 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Claim Info | Description |
|---|---|---|
| **PNC BANK NA**<br>POB 94982<br><br>CLEVELAND, OH 44101 | Trustee Claim Number: 21 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **VERIZON WIRELESS**<br>500 TECHNOLOGY DR STE 550<br>ATTN ADMINISTRATION<br><br>WELDON SPRING, MO 63304 | Trustee Claim Number: 22 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **WORLD FINANCIAL NETWORK**<br>POB 182124<br><br>COLUMBUS, OH 43218-2124 | Trustee Claim Number: 23 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **FIRST NATIONAL BANK OF PA(*)**<br>LOAN ADJUSTMENT DEPT*<br>4140 E STATE ST<br><br>HERMITAGE, PA 16148 | Trustee Claim Number: 24 INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 111.46<br>COMMENT: $/CL-PL | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 9375 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 25 INT %: 0.00%<br>Court Claim Number: 10-3<br>CLAIM: 816.78<br>COMMENT: 8896*$/CL-PL*NO PRI/SCH*AMD | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 2622 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 26 INT %: 0.00%<br>Court Claim Number: 10-3<br>CLAIM: 44.54<br>COMMENT: 8896*NO GEN UNS/SCH*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2622 |
| **QUANTUM3 GROUP LLC AGNT - CP MEDICAL LL**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 27 INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 130.65<br>COMMENT: NT/SCH*HERITAGE VLLY SEWICKLEY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1000 |
| **QUANTUM3 GROUP LLC AGNT - CP MEDICAL LL**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 28 INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 146.86<br>COMMENT: NT/SCH*HERITAGE VLLY SEWICKLEY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1000 |
| **QUANTUM3 GROUP LLC AGNT - CP MEDICAL LL**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 29 INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 75.39<br>COMMENT: NT/SCH*HERITAGE VLLY SEWICKLEY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9000 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br><br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 30 INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 8,809.98<br>COMMENT: NT/SCH- STATE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1896 |

| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 248838 | Court Claim Number:14 | ACCOUNT NO.: 3959 |
|  | CLAIM: 189.36 |  |
| OKLAHOMA CITY, OK  73124-8838 | COMMENT: NT/SCH |  |

| **JPMORGAN CHASE BANK NA** | Trustee Claim Number:32  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
|---|---|---|
| 3415 VISION DR | Court Claim Number:17-3 | ACCOUNT NO.: 6988 |
| MAIL CODE OH4-7142 |  |  |
|  | CLAIM: 666.12 |  |
| COLUMBUS, OH  43219 | COMMENT: $/CL-PL*THRU 2/16*FLD AFT BAR*AMD*NTC-RSV |  |

| **JPMORGAN CHASE BANK NA** | Trustee Claim Number:33  INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYME |
|---|---|---|
| 3415 VISION DR | Court Claim Number:18 | ACCOUNT NO.: 6988 |
| MAIL CODE OH4-7142 |  |  |
|  | CLAIM: 0.00 |  |
| COLUMBUS, OH  43219 | COMMENT: CL @ 63416.79 W/DRAWN-DOC 36 |  |

Case 16-20524-CMB    Doc 63    Filed 03/12/19    Entered 03/12/19 15:08:11    Desc
Page 6 of 6