IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Christopher L. Rudich              :        Case No. 16-20524CMB
Elizabeth S. Rudich                :
        Debtor(s)                  :        Chapter 13
                                   :
Ronda J. Winnecour, Trustee        :
        Movant(s)                  :        Related to Claim # 9
                                   :
        vs.                        :
Discover Bank                      :        Hearing Date: June 5, 2019
                                   :
                                   :
        Respondent(s)              :

## CERTIFICATION OF NO OBJECTION REGARDING
## TRUSTEE'S OBJECTION TO CLAIM

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's MOTION/OBJECTION filed on April 09, 2019 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's objection appears thereon. Pursuant to the Notice of Hearing, responses were to be filed and served no later than May 9, 2019.


5/10/2019                          /s/ Ronda J. Winnecour
Date                               Ronda J. Winnecour
                                   Chapter 13 Trustee PA I.D.#30399
                                   U.S. Steel Tower- Suite 3250
                                   600 Grant Street
                                   Pittsburgh PA  15219
                                   cmecf@chapter13trusteewdpa.com