IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
|    Christopher L. Rudich | ) | Case No.: 16-20524CMB |
|    Elizabeth S. Rudich | ) | Chapter 13 |
|    Debtor(s) | ) | |
| _____ | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) | Related to Claim No. 9 |
|    Movant, | ) | Related to Doc 74 |
|      Vs. | ) | |
|    Discover Bank | ) | |
|    Respondent(s) | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of May 2019, I served a copy of the Court Order entered at Doc. #74 upon the following, by First Class United States mail, postage prepaid:

Mr. Roger C. Hochschild, President, CEO & Director
Discover Bank
502 East Market Street
Greenwood, DE 19950

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222

| | |
|---|---|
| 5/14/2019 | /S/ Maurlynda Douty |
| Date | Administrative Assistant |
| | Office of the Chapter 13 Trustee |
| | US Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | 412) 471-5566 |
| | cmecf@chapter13trusteewdpa.com |