IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Christopher L. Rudich ) | Case No. 16-20524 CMB |
| Elizabeth S. Rudich, ) | Chapter 13 |
|     Debtors ) | Docket No. 71 |
| ) | |
| ) | |
| Christopher L. Rudich ) | |
| Elizabeth S. Rudich, ) | |
|     Movants ) | |
| ) | |
| vs. ) | |
| ) | |
| American Education Service, American ) | |
| InfoSource, Bank of America, Cavalry ) | |
| Portafolio Service, Discover Bank, ) | |
| Duquesne Light, ECMC, Educational ) | |
| Credit Management, Federal Loan ) | |
| Servicing, First National Bank, Flagstar ) | |
| Bank, GE Capital, Huntington National ) | |
| Bank, IRS, JP Morgan Chase Bank, ) | |
| Jefferson Capital Systems, PHEAA, PNC ) | |
| Bank, PA Dept. of Revenue, Portfolio ) | |
| Recovery, Quantum3, Recovery ) | |
| Management Systems, U.S. Dept of ) | |
| Education, USAA Savings Bank, Verizon ) | |
| Wireless, World Financial Network Bank, ) | |
| and Ronda J. Winnecour, Trustee, ) | |
|     Respondents ) | |

**CONSENT ORDER BETWEEN DEBTORS AND CHAPTER 13 TRUSTEE
REGARDING MOTION TO APPROVE THE DEBTORS TO OBTAIN VEHICLE
FINANCING**

AND NOW comes the debtors, Christopher and Elizabeth Rudich, by and through their attorney, Lauren M. Lamb and Steidl and Steinberg, and respectfully represents as follows:

1. This case was commenced on February 17, 2016 when the debtors filed a voluntary petition under Chapter 13 of the Bankruptcy Code.

2. The debtors currently own a 2004 Hyundai Santa Fe.

3. The Hyundai Santa Fe needs replaced due to transmission and power steering problems.

4. The debtors need a vehicle as the husband debtor is employed.

5. The debtors have been tentatively approved for vehicle financing through Credit Acceptance for a 2015 Chevrolet Cruz. The total loan amount is $11,488.00 and the monthly payment is $398.00 for 66 months at 22% interest.

6. The Office of the Chapter 13 Trustee does not oppose the debtor moving forward with the financing of this vehicle.

7. A Report of Financing will be filed within 14 days of the sale being executed.

8. The Chapter 13 Plan will be amended within 30 days of the sale being executed.

WHEREFORE, the Debtors, Christopher and Elizabeth Rudich, respectfully request this Honorable Court approve them to obtain a vehicle loan for no more than $12,000.00 with a monthly payment of up to $400.00.

Respectfully Submitted,

May 8, 2019
DATE

/s/ Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for the Debtors
STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
PA I. D. No. 209201
llamb@steidl-steinberg.com

May 9, 2019
DATE

/s/ Jana S. Pail
Jana S. Pail, Esquire
Attorney for Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
412-471-5566
PA I.D. No. 88910

FILED
5/13/19 11:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IT IS SO ORDERED.

Dated: May 13, 2019

Chief U. S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Christopher L. Rudich  
Elizabeth S. Rudich  
    Debtors

Case No. 16-20524-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: May 13, 2019  
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2019.  
db/jdb     +Christopher L. Rudich,    Elizabeth S. Rudich,    190 Washington Street,    Baden, PA 15005-1922

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2019                                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2019 at the address(es) listed below:
         Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association  
          andygornall@latouflawfirm.com  
         David W. Raphael    on behalf of Creditor    First National Bank of Pennsylvania  
          draphael@grenenbirsic.com,    mcupec@grenenbirsic.com  
         James Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association  
          bkgroup@kmllawgroup.com  
         Jodi L. Hause    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC  
          jodi.hause@phelanhallinan.com,    pawb@fedphe.com  
         Joshua I. Goldman    on behalf of Creditor    JPMorgan Chase Bank, National Association  
          bkgroup@kmllawgroup.com  
         Lauren M. Lamb    on behalf of Joint Debtor Elizabeth S. Rudich  
          julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com  
         Lauren M. Lamb    on behalf of Debtor Christopher L. Rudich  
          julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         Thomas Song    on behalf of Creditor    Flagstar Bank, FSB pawb@fedphe.com  
                                                                                        TOTAL: 11