IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
|    Christopher L. Rudich ) | Case No.: 16-20524CMB |
|    Elizabeth S. Rudich ) | Chapter 13 |
|    Debtor(s) ) | |
| _____ ) | |
| Ronda J. Winnecour, Chapter 13 ) | Related to Claim No. 9 |
| Trustee, ) | |
|    Movant, ) | Related to Doc. No. 68 |
|      Vs. ) | |
|    Discover Bank ) | **ENTERED BY DEFAULT** |
|    Respondent(s) ) | |

ORDER OF COURT

AND NOW, this __13th__ day of __May__, 2019, upon consideration of the Trustee's Objection to Claim No. 9 and any responses thereto, it is hereby ORDERED that:

(a) Claim Number 9 filed by the above captioned Respondent is disallowed in its entirety; and

(b) No fees, costs or charges shall be allowed for defending this objection.

BY THE COURT:

FILED
5/13/19 3:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_ dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Christopher L. Rudich
Elizabeth S. Rudich
    Debtors

Case No. 16-20524-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: May 13, 2019
                    Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2019.
db/jdb         +Christopher L. Rudich,    Elizabeth S. Rudich,    190 Washington Street,    Baden, PA 15005-1922

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14191611       E-mail/Text: mrdiscen@discover.com May 14 2019 02:40:33       Discover Bank,
          Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
                                                                                                  TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2019                                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2019 at the address(es) listed below:
           Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association
            andygornall@latouflawfirm.com
           David W. Raphael    on behalf of Creditor    First National Bank of Pennsylvania
            draphael@grenenbirsic.com,    mcupec@grenenbirsic.com
           James Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association
            bkgroup@kmllawgroup.com
           Jodi L. Hause    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC
            jodi.hause@phelanhallinan.com,    pawb@fedphe.com
           Joshua I. Goldman    on behalf of Creditor    JPMorgan Chase Bank, National Association
            bkgroup@kmllawgroup.com
           Lauren M. Lamb    on behalf of Joint Debtor Elizabeth S. Rudich
            julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
            teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
            dl-steinberg.com
           Lauren M. Lamb    on behalf of Debtor Christopher L. Rudich
            julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
            teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
            dl-steinberg.com
           Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
           Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
            ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
           Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
           Thomas Song    on behalf of Creditor    Flagstar Bank, FSB pawb@fedphe.com
                                                                                                                  TOTAL: 11