IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Christopher L. Rudich | ) | Case No. 16-20524 CMB |
| Elizabeth S. Rudich, | ) | Chapter 13 |
|     Debtors | ) | Docket No. |
| | ) | |
| | ) | |
| Christopher L. Rudich | ) | |
| Elizabeth S. Rudich, | ) | |
|     Movants | ) | |
| | ) | |
|     vs. | ) | |
| | ) | |
| American Education Service, American | ) | |
| InfoSource, Bank of America, Cavalry | ) | |
| Portafolio Service, Discover Bank, | ) | |
| Duquesne Light, ECMC, Educational | ) | |
| Credit Management, Federal Loan | ) | |
| Servicing, First National Bank, Flagstar | ) | |
| Bank, GE Capital, Huntington National | ) | |
| Bank, IRS, JP Morgan Chase Bank, | ) | |
| Jefferson Capital Systems, PHEAA, PNC | ) | |
| Bank, PA Dept. of Revenue, Portfolio | ) | |
| Recovery, Quantum3, Recovery | ) | |
| Management Systems, U.S. Dept of | ) | |
| Education, USAA Savings Bank, Verizon | ) | |
| Wireless, World Financial Network Bank, | ) | |
| and Ronda J. Winnecour, Trustee, | ) | |
|     Respondents | ) | |

## **REPORT OF FINANCING**

AND NOW, come the Debtors, Christopher and Elizabeth Rudich, by and through their attorney Lauren M. Lamb, and Steidl and Steinberg, Attorneys at Law, and respectfully represent as follows:

1. On May 13, 2019, this Honorable Court entered an order at Docket No. 73, approving the Debtors request to finance a new vehicle

2. The order of court dated May 13, 2019 requires that the Debtors file a Report of Financing within fourteen days of the purchase of vehicle.

3. The Debtors purchased a 2015 Chevrolet Cruze by way of financing through Credit Acceptance.

4. The vehicle was purchased from Power Chevrolet Buick GMC.

5. The amount of the loan is $12,000.00 at an interest rate of 22.99%.

6. The monthly loan payment $321.90 for 66 months.

7. The monthly loan payments begin May 26, 2019.

8. The Debtors will file an amended Chapter 13 plan within thirty days to include the monthly vehicle loan payment.

WHEREFORE, the Debtors, Christopher and Elizabeth Rudich, respectfully file this Report of Financing.

Respectfully submitted,

May 20, 2019  /s/ Lauren M. Lamb
DATE  Lauren M. Lamb, Esquire
Attorney for the Debtor

STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
Llamb@steidl-steinberg.com
PA I.D. No. 209201