IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Christopher L. Rudich and | ) | Bankruptcy No. 16-20524-CMB |
| Elizabeth S. Rudich, | ) | Chapter 13 |
| | ) | Document No.    90 |
| Debtors | ) | |
| | ) | |
| Steidl & Steinberg, P.C. | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour, Trustee, American Education Services/PHEAA, American Infosource LP Bank of America, Cavalry Portfolio Service, Cavalry SPV I, LLC, Chase, Client Services, Credit Acceptance Corporation, Discover Bank, Duquesne Light Bank, ECMC, Federal Loan Servicing Credit, First National Bank of Pennsylvania, Flagstar Bank, FSB, GE Capital, GE Capital Retail Bank, Huntington National Bank, Internal Revenue Service, JPMorgan Chase Bank, N.A., Jefferson Capital Systems, LLC, Lakeview Loan Servicicng, LLC, Peritus Portfolio Services II, LLC, PHEAA, PNC Bank, Pennsylvania Department of Revenue, Portfolio Recovery Associates, LLC, Quantum3 Group LLC, Recovery Management Systems Corporation, U.S. Department of Education, USAA Savings Bank, Verizon Wireless and World Financial Network Bank, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **ENTERED BY DEFAULT** |
| | ) | |
| Respondents | ) | |

**ORDER OF COURT**

AND NOW, to-wit this ___29th___ day of ___April___, 2020, after consideration of

the Application for Interim Compensation by Counsel for Debtors it is hereby ORDERED,

ADJUDGED and DECREED that:

1) The Application for Interim Compensation is approved in the additional amount of $2,490.00 for work performed in the Chapter 13 case by Debtors' counsel from October 30, 2015 to April 9, 2020.

2) The Debtors paid their counsel for administrative costs and expenses totaling $500.00 prior to case filing. Expenses reimbursement of $0.00 is being requested here.

3) Before the approval of this Fee Application, the Debtors' counsel was paid a $600.00 retainer prior to filing and has been paid, or is approved (in prior plan(s)) to be paid, $3,400.00 by the Chapter 13 Trustee. With the approval of this Fee Application, the total amount of allowed fees in this case for Debtors' counsel is $6,490.00, provided, however, the total to be paid through the Plan by the Trustee is $5,890.00 (representing the $3,400.00 previously approved to be paid (as set forth above), and an additional $2,490.00.

4) The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan.

5) An amended Chapter 13 Plan shall be filed within 14 days of the entry of this Order.

6) The clerk shall record the total compensation as $6,490.00, provided only $5,890.00 is to be paid through the Trustee under the Plan.

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

_Carlota M. Böhm_ J.
dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
4/29/20 10:09 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Christopher L. Rudich
Elizabeth S. Rudich
    Debtors

Case No. 16-20524-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dric    Page 1 of 1    Date Rcvd: Apr 29, 2020
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2020.
db/jdb    +Christopher L. Rudich,   Elizabeth S. Rudich,   190 Washington Street,   Baden, PA 15005-1922

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2020    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2020 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association
           andygornall@latouflawfirm.com
          David W. Raphael    on behalf of Creditor    First National Bank of Pennsylvania
           raphaeld@fnb-corp.com
          James Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association
           bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    JPMorgan Chase Bank, National Association
           bkgroup@kmllawgroup.com
          Lauren M. Lamb    on behalf of Joint Debtor Elizabeth S. Rudich
           julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
          Lauren M. Lamb    on behalf of Debtor Christopher L. Rudich
           julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Thomas Song    on behalf of Creditor    Flagstar Bank, FSB pawb@fedphe.com
          Thomas Song    on behalf of Creditor    FLAGSTAR BANK FSB, AS SERVICER, et.al. pawb@fedphe.com
          Thomas Song    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC pawb@fedphe.com
          Thomas Song    on behalf of Creditor    Lakeview Loan Servicing, LLC pawb@fedphe.com
    TOTAL: 13