**Form 222**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Christopher L. Rudich**
**Elizabeth S. Rudich**
    Debtor(s)

Bankruptcy Case No.: 16–20524–CMB
Related to Doc. No. 96
Chapter: 13
Docket No.: 99 – 96
Concil. Conf.: July 2, 2020 at 02:00 PM

## ORDER

    **IT IS HEREBY ORDERED** that, the Debtor(s) shall immediately serve a copy of this *Order,* the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan Dated May 13, 2020* on the Chapter 13 Trustee and all parties on the mailing matrix and complete and file the accompanying *Certificate of Service* with the Clerk.

    On or before **June 15, 2020,** all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Untimely *objections* will not be considered.

    On **July 2, 2020** at **02:00 PM,** a Conciliation Conference on the Debtor(s)' *Amended Plan* shall occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Dated: May 14, 2020

cm: Debtor(s) and/or Debtor(s)' counsel

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Christopher L. Rudich  
Elizabeth S. Rudich  
    Debtors

Case No. 16-20524-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: May 14, 2020  
                       Form ID: 222     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2020.
db/jdb         +Christopher L. Rudich,   Elizabeth S. Rudich,   190 Washington Street,   Baden, PA 15005-1922

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                 TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2020 at the address(es) listed below:

          Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association  
           andygornall@latouflawfirm.com  
          David W. Raphael    on behalf of Creditor    First National Bank of Pennsylvania  
           raphaeld@fnb-corp.com  
          James Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association  
           bkgroup@kmllawgroup.com  
          Joshua I. Goldman    on behalf of Creditor    JPMorgan Chase Bank, National Association  
           bkgroup@kmllawgroup.com  
          Lauren M. Lamb    on behalf of Joint Debtor Elizabeth S. Rudich  
           julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com  
          Lauren M. Lamb    on behalf of Debtor Christopher L. Rudich  
           julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com  
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
          Thomas Song    on behalf of Creditor    Flagstar Bank, FSB pawb@fedphe.com  
          Thomas Song    on behalf of Creditor    FLAGSTAR BANK FSB, AS SERVICER, et.al. pawb@fedphe.com  
          Thomas Song    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC pawb@fedphe.com  
          Thomas Song    on behalf of Creditor    Lakeview Loan Servicing, LLC pawb@fedphe.com  
                                                                                                                                TOTAL: 13