Form 151

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Christopher L. Rudich**
**Elizabeth S. Rudich**
   Debtor(s)

Bankruptcy Case No.: 16–20524–CMB

Chapter: 13
Docket No.: 99 – 96
Concil. Conf.: July 2, 2020 at 02:00 PM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the __18th__ day of __May__, _2020_, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

      U.S. First Class Mail

on the respondent(s) at (list names and addresses here):

      All parties listed on the attached mailing matrix.

Executed on __May 18, 2020__      /s/ Lauren M. Lamb
             (Date)                         (Signature)

__Lauren M. Lamb, 707 Grant Street, Suite 2830, Pittsburgh, Pa 15219__
(Type Name and Mailing Address of Person Who Made Service)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 16-20524-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Mon May 18 10:06:34 EDT 2020 | American Education Service/PHEAA<br>PO Box 61047<br>Harrisburg, PA 17106-1047 | American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 |
| Peter J. Ashcroft<br>Bernstein-Burkley, P.C.<br>Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1900 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 |
| Cavalry Portfolio Service<br>500 Summit Lake Drive<br>Valhalla, NY 10595-2322 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Client Services<br>3451 Harry S. Truman Blvd<br>Saint Charles, MO 63301-9816 | (p)CREDIT ACCEPTANCE CORPORATION<br>25505 WEST 12 MILE ROAD<br>SOUTHFIELD MI 48034-8316 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| Duquesne Light Company<br>c/o Peter J. Ashcroft,<br>Bernstein-Burkley, P.C.,<br>707 Grant St., Suite 2200, Gulf Tower,<br>Pittsburgh, PA 15219-1945 | ECMC<br>P.O. BOX 16408<br>ST. PAUL, MN 55116-0408 | Educational Credit Management Corporation<br>PO BOX 16408<br>ST. PAUL, MN 55116-0408 |
| Federal Loan Servicing Credit<br>PO Box 60610<br>Harrisburg, PA 17106-0610 | First National Bank of PA<br>4140 EAst State Street<br>Hermitage, PA 16148-3401 | First National Bank of Pennsylvania<br>4140 East State Street<br>Hermitage, PA 16148-3401 |
| First National Bank of Pennsylvania<br>c/o David W. Raphael, Esquire<br>Grenen & Birsic, PC<br>One Gateway Center, 9th Floor<br>Pittsburgh, PA 15222 | Flagstar Bank, FSB<br>P.O. Box 660263<br>Dallas, TX 75266-0263 | GE Capital<br>P.O. Box 9001557<br>Louisville, KY 40290-1557 |
| GE Capital Retail Bank<br>P.O. Box 960061<br>Orlando, FL 32896-0061 | Joshua I. Goldman<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Andrew F Gornall<br>240 West 10th Street<br>Erie, PA 16501 |
| Huntington National Bank<br>P O Box 89424<br>Cleveland OH 44101-6424 | Huntington National Bank<br>PO Box 1558<br>Columbus, OH 43216-1558 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Lakeview Loan Servicing, LLC<br>4425 Ponce De Leon Blvd., MS 5-251<br>Coral Gables, FL 33146-1873 | Lauren M. Lamb<br>Steidl & Steinberg<br>707 Grant Street<br>28th Floor - Gulf Tower<br>Pittsburgh, PA 15219-1908 |

| | | |
|---|---|---|
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PERITUS PORTFOLIO SERVICES II, LLC<br>PO BOX 141419<br>IRVING, TX 75014-1419 | PHEAA<br>PO BOX 8147<br>HARRISBURG PA 17105-8147 |
| PNC Bank<br>PO Box 747032<br>Pittsburgh, PA 15274-7032 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Quantum3 Group LLC as agent for<br>CP Medical LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | David W. Raphael<br>First National Bank<br>100 Federal Street - 4th Floor<br>Pittsburgh, PA 15212-5711 | Recovery Management Systems Corporation<br>25 S.E. Second Avenue<br>Suite 1120<br>Miami, FL 33131-1605 |
| Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Christopher L. Rudich<br>190 Washington Street<br>Baden, PA 15005-1922 | Elizabeth S. Rudich<br>190 Washington Street<br>Baden, PA 15005-1922 |
| Thomas Song<br>Phelan Hallinan Diamond & Jones, LLP<br>1617 JFK Boulevard<br>Suite 1400<br>Philadelphia, PA 19103-1814 | U.S. Department of Education<br>C/O FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA  17106-9184 | USAA Savings Bank<br>PO Box 33009<br>San Antonio, TX 78265-3009 |
| Verizon Wireless<br>P. O. Box 17464<br>Baltimore, MD 21297-1464 | James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |
| World Financial Network Bank<br>PO Box 182124<br>Columbus, OH 43218-2124 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>4161 Piedmont Parkwya<br>Greensboro, NC 27410-1000 | (d)Bank of America<br>PO Box 982235<br>El Paso, TX 79998 | Chase<br>P.O. Box 78420<br>Phoenix, AZ 85062 |
| Credit Acceptance<br>25505 West 12 Mile Road<br>Southfield, MI 48034 | IRS<br>5045 Butler Ave<br>Fresno, CA 93888 | (d)JPMorgan Chase Bank, N.A.<br>Chase Records Center<br>Attn: Correspondence Mail<br>Mail Code LA4-5555<br>700 Kansas Lane<br>Monroe, LA 71203 |

| | | |
|---|---|---|
| Jefferson Capital System<br>16 McLeland Road<br>Saint Cloud, MN 56303 | Portfolio Recovery Associates<br>120 Corporate Boulevard<br>Norfolk, VA 23502 | (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Duquesne Light Company | (u)FLAGSTAR BANK FSB, AS SERVICER, et.al. | (d)First National Bank of PA<br>4140 East State Street<br>Hermitage, PA 16148-3401 |
| (d)First National Bank of Pennsylvania<br>4140 East State Street<br>Hermitage, PA 16148-3401 | (u)Flagstar Bank, FSB | (u)JPMorgan Chase Bank, National Association |
| (u)LAKEVIEW LOAN SERVICING, LLC | (du)Lakeview Loan Servicing, LLC | (d)PERITUS PORTFOLIO SERVICES II, LLC<br>PO BOX 141419<br>Irving, Tx 75014-1419 |

End of Label Matrix
Mailable recipients    48
Bypassed recipients     9
Total                  57