IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 16-20524 CMB |
| Christopher L. Rudich, | ) | Chapter 13 |
| Elizabeth S. Rudich, | ) | |
| | ) | |
| Social Security No. XXX-XX- 2622 | ) | Related to Docket No. 103 |
| | ) | |
| *Debtor* | ) | Document No. WO-1 |
| | ) | |
| Christopher L. Rudich, | ) | |
| | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Metals USA and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| | ) | |
| *Respondent(s)* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 22, 2020, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Metals USA
Attn: Payroll Dept.
2025 Greentree Road
Pittsburgh, PA 15220

Served by ECF Mail:
Ronda J. Winnecour, Trustee

Christopher & Elizabeth Rudich
190 Washington Street
Baden, PA 15005

Date of Service: May 22, 2020

/s/ Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for the Debtor

STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
Llamb@steidl-steinberg.com
PA I.D. No. 209201