IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 16-20524 CMB |
| Christopher L. Rudich, ) | Chapter 13 |
| Elizabeth S. Rudich, ) | |
| ) | Related to Docket No. 114 |
| Social Security No. XXX-XX- 2622 ) | |
| ) | |
| *Debtor* ) | Document No. WO-1 |
| ) | |
| Christopher L. Rudich, ) | |
| ) | |
| *Movant* ) | |
| ) | |
| *vs.* ) | |
| ) | |
| Metals USA and ) | |
| Ronda J. Winnecour, Trustee, ) | |
| ) | |
| *Respondent(s)* ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on March 4, 2021, a true and correct copy of the *Order to Stop Payroll Deductions* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Metals USA
Attn: Payroll
81 Century Drive
Ambridge, Pa 15003

Christopher & Elizabeth Rudich
190 Washington Street
Baden, PA 15005

Date of Service: March 4, 2021        /s/ Lauren M. Lamb
                                                  Lauren M. Lamb, Esquire
                                                  Attorney for the Debtor

                                                  STEIDL & STEINBERG
                                                  Suite 2830, Gulf Tower
                                                  707 Grant Street
                                                  Pittsburgh, PA 15219
                                                  (412) 391-8000
                                                  Llamb@steidl-steinberg.com
                                                  PA I.D. No. 209201