**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  CHRISTOPHER L. RUDICH<br>ELIZABETH S. RUDICH<br>          Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>          Movant<br>          vs.<br>CHRISTOPHER L. RUDICH<br>ELIZABETH S. RUDICH<br><br>          Respondents | Case No.16-20524CMB<br><br>Chapter 13<br><br>Document No. 113 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __3rd__ day of __March__, 20__21__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Metals Usa
Attn: Payroll Manager
81 Century Dr
Ambridge, PA 15003

is hereby ordered to immediately terminate the attachment of the wages of CHRISTOPHER L. RUDICH, social security number XXX-XX-2622. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of CHRISTOPHER L. RUDICH.

FILED
3/3/21 8:17 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

*Carlota M. Böhm*   dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:      Case No. 16-20524-CMB
Christopher L. Rudich      Chapter 13
Elizabeth S. Rudich
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 2
Date Rcvd: Mar 03, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2021:**

**Recip ID**     **Recipient Name and Address**
db/jdb     + Christopher L. Rudich, Elizabeth S. Rudich, 190 Washington Street, Baden, PA 15005-1922

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2021 at the address(es) listed below:

**Name**     **Email Address**

Andrew F Gornall
    on behalf of Creditor JPMorgan Chase Bank  National Association andygornall@latouflawfirm.com

Brian Nicholas
    on behalf of Creditor JPMorgan Chase Bank  National Association bnicholas@kmllawgroup.com

Chandra Marie Arkema
    on behalf of Creditor Lakeview Loan Servicing  LLC tuhawkeye@msn.com, carkema@squirelaw.com

David W. Raphael
    on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com

Joshua I. Goldman
    on behalf of Creditor JPMorgan Chase Bank  National Association jgoldman@kmllawgroup.com, kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

Case 16-20524-CMB    Doc 116    Filed 03/05/21    Entered 03/06/21 00:40:10    Desc
Imaged Certificate of Notice    Page 3 of 3

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 2 of 2 |
| Date Rcvd: Mar 03, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Lauren M. Lamb
    on behalf of Joint Debtor Elizabeth S. Rudich
    julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Lauren M. Lamb
    on behalf of Debtor Christopher L. Rudich
    julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor Flagstar Bank  FSB pawb@fedphe.com

Thomas Song
    on behalf of Creditor FLAGSTAR BANK FSB  AS SERVICER, et.al. pawb@fedphe.com

Thomas Song
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC pawb@fedphe.com

Thomas Song
    on behalf of Creditor Lakeview Loan Servicing  LLC pawb@fedphe.com

William E. Craig
    on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com
    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 15