**Fill in this information to identify the case:**

**Debtor 1**    Elizabeth S. Rudich

**Debtor 2**    Christopher L. Rudich
**(Spouse, if filing)**

**United States Bankruptcy Court for the:**   **Western District of Pennsylvania**
                                                                                                   **(State)**

**Case number**   16-20524-CMB

# FORM 4100R
## Response to Notice of Final Cure          10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:**   Lakeview Loan Servicing, LLC          **Court claim no.** (if known):   17

**Last four digits** of any number you use to identify the debtor's account:   0932

**Property Address:**   190 Washington Street
                            Number     Street

                            Baden, PA 15005
                            City          State       Zip Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as the date of this response is:      $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

     The next pospetition payment from the debtor(s) is on:      05/01/2021
                                                                             MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total Postpetition ongoing payments due:                        (a)    $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:        +
    (b)    $ _____

c. **Total.** Add lines a and b.                                                      (c)    $ _____

Creditor asserts that the debtor(s) are contracutally obligated for the postpetition payment(s) that first became due on:        ___/___/____
                                                     MM / DD / YYYY

| Debtor 1 | Elizabeth S. Rudich | | | Case Number *(if known)* | 16-20524-CMB |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4:  Postpetition Mortgage Payment

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow and costs, the credtior must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through teh date of this response:

☒ all payments received:

☐ all fees, costs, escrow, and espenses assessed to the mortgage; and

☐ all amounts the creditor contends remain unpaid.

## Part 5:  Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box*

☐  I am the creditor.
☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.**

✗ /s/ Michael Clark          Date 04/22/2021
    Signature

Print:   Michael Clark                              Title  Bankruptcy Attorney
         First name   Middle Name   Last name

Company    RICHARD M. SQUIRE & ASSOCIATES, LLC

If different from the notice address listed on the proof of claim to which this response applies:

Address        115 West Avenue, Suite 104,
               Number        Street

               Jenkintown, PA 19046
               City          State    Zip Code

Contact phone    (215) 886-8790    Email:   mclark@squirelaw.com