| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Christopher L. Rudich** | Social Security number or ITIN **xxx–xx–2622** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Elizabeth S. Rudich** | Social Security number or ITIN **xxx–xx–8896** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:  **16–20524–CMB** | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Christopher L. Rudich                    Elizabeth S. Rudich

<u>6/14/21</u>                    **By the court:**    <u>Carlota M. Bohm</u>
                                              United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

## Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                              Case No. 16-20524-CMB

Christopher L. Rudich                                                                      Chapter 13

Elizabeth S. Rudich

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                               User: culy                                      Page 1 of 4

Date Rcvd: Jun 14, 2021                      Form ID: 3180W                           Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher L. Rudich, Elizabeth S. Rudich, 190 Washington Street, Baden, PA 15005-1922 |
| 14179388 | + | American Education Service/PHEAA, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14208684 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14179394 | + | Federal Loan Servicing Credit, PO Box 60610, Harrisburg, PA 17106-0610 |
| 14179395 | + | First National Bank of PA, 4140 East State Street, Hermitage, PA 16148-3401 |
| 14187158 | | First National Bank of Pennsylvania, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14187157 | + | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15026263 | | Flagstar Bank, FSB, P.O. Box 660263, Dallas, TX 75266-0263 |
| 15073236 | + | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., MS 5-251, Coral Gables, FL 33146-1873 |
| 14191518 | + | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 14179403 | + | PNC Bank, PO Box 747032, Pittsburgh, PA 15274-7032 |
| 14210163 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jun 15 2021 03:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 15 2021 00:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jun 15 2021 03:43:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 15 2021 00:05:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 15 2021 00:04:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Ste 3000, Southfield, MI 48034-8331 |
| cr | | EDI: ECMC.COM | Jun 15 2021 03:43:00 | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | | EDI: RECOVERYCORP.COM | Jun 15 2021 03:43:00 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14218725 | | EDI: AIS.COM | Jun 15 2021 03:43:00 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14179389 | | EDI: BANKAMER.COM | | |

District/off: 0315-2          User: culy          Page 2 of 4

Date Rcvd: Jun 14, 2021          Form ID: 3180W          Total Noticed: 44

| | | | |
|---|---|---|---|
| | | Jun 15 2021 03:43:00 | Bank of America, 4161 Piedmont Parkwya, Greensboro, NC 27410-1000 |
| 14179390 | EDI: BANKAMER.COM | | |
| | | Jun 15 2021 03:43:00 | Bank of America, PO Box 982235, El Paso, TX 79998 |
| 15067696 | Email/Text: ebnnotifications@creditacceptance.com | | |
| | | Jun 15 2021 00:04:00 | Credit Acceptance, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 14179391 | + Email/Text: bankruptcy@cavps.com | | |
| | | Jun 15 2021 00:05:00 | Cavalry Portfolio Service, 500 Summit Lake Drive, Valhalla, NY 10595-2322 |
| 14205400 | + Email/Text: bankruptcy@cavps.com | | |
| | | Jun 15 2021 00:05:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14179393 | + Email/Text: mediamanagers@clientservices.com | | |
| | | Jun 15 2021 00:04:00 | Client Services, 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 14191611 | EDI: DISCOVER.COM | | |
| | | Jun 15 2021 03:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14248196 | + Email/Text: kburkley@bernsteinlaw.com | | |
| | | Jun 15 2021 00:06:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14406042 | EDI: ECMC.COM | | |
| | | Jun 15 2021 03:43:00 | Educational Credit Management Corporation, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14179398 | + EDI: RMSC.COM | | |
| | | Jun 15 2021 03:43:00 | GE Capital, P.O. Box 9001557, Louisville, KY 40290-1557 |
| 14179399 | EDI: RMSC.COM | | |
| | | Jun 15 2021 03:43:00 | GE Capital Retail Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14181152 | + Email/Text: bankruptcy@huntington.com | | |
| | | Jun 15 2021 00:05:00 | Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 14179400 | + Email/Text: bankruptcy@huntington.com | | |
| | | Jun 15 2021 00:05:00 | Huntington National Bank, PO Box 1558, Columbus, OH 43216-1558 |
| 14179401 | + EDI: IRS.COM | | |
| | | Jun 15 2021 03:43:00 | IRS, 5045 Butler Ave, Fresno, CA 93888-7700 |
| 14179402 | EDI: JEFFERSONCAP.COM | | |
| | | Jun 15 2021 03:43:00 | Jefferson Capital System, 16 McLeland Road, Saint Cloud, MN 56303 |
| 14179392 | EDI: JPMORGANCHASE | | |
| | | Jun 15 2021 03:43:00 | Chase, P.O. Box 78420, Phoenix, AZ 85062 |
| 14288069 | EDI: JPMORGANCHASE | | |
| | | Jun 15 2021 03:43:00 | JPMorgan Chase Bank, N.A., Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 15300759 | + Email/Text: cashiering-administrationservices@flagstar.com | | |
| | | Jun 15 2021 00:06:00 | Lakeview Loan Servicing, LLC, c/o Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14381549 | Email/Text: peritus@ebn.phinsolutions.com | | |
| | | Jun 15 2021 00:06:00 | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 14179404 | EDI: PRA.COM | | |
| | | Jun 15 2021 03:43:00 | Portfolio Recovery Associates, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14233071 | EDI: PRA.COM | | |
| | | Jun 15 2021 03:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14187323 | EDI: Q3G.COM | | |
| | | Jun 15 2021 03:43:00 | Quantum3 Group LLC as agent for, CP Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14187647 | EDI: RECOVERYCORP.COM | | |
| | | Jun 15 2021 03:43:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14179406 | + EDI: USAA.COM | | |
| | | Jun 15 2021 03:43:00 | USAA Savings Bank, PO Box 33009, San Antonio, TX 78265-3009 |
| 14179407 | + EDI: VERIZONCOMB.COM | | |
| | | Jun 15 2021 03:43:00 | Verizon Wireless, P. O. Box 17464, Baltimore, MD 21297-1464 |

District/off: 0315-2    User: culy    Page 3 of 4
Date Rcvd: Jun 14, 2021    Form ID: 3180W    Total Noticed: 44

14179408    EDI: WFNNB.COM

Jun 15 2021 03:43:00    World Financial Network Bank, PO Box 182124,
Columbus, OH 43218-2124

TOTAL: 34

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | FLAGSTAR BANK FSB, AS SERVICER, et.al. |
| cr | | Flagstar Bank, FSB |
| cr | | JPMorgan Chase Bank, National Association |
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | Lakeview Loan Servicing, LLC |
| cr | *+ | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| cr | * | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 14179397 | *+ | First National Bank of PA, 4140 EAst State Street, Hermitage, PA 16148-3401 |
| 14179396 | *+ | First National Bank of PA, 4140 East State Street, Hermitage, PA 16148-3401 |
| 14301574 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMorgan Chase Bank, N.A., Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14179405 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, 120 Corporate Boulevard, Norfolk, VA 23502 |

TOTAL: 6 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor JPMorgan Chase Bank  National Association agornall@gornall-law.com |
| Brian Nicholas | on behalf of Creditor JPMorgan Chase Bank  National Association bnicholas@kmllawgroup.com |
| Chandra Marie Arkema | on behalf of Creditor Lakeview Loan Servicing  LLC tuhawkeye@msn.com, carkema@squirelaw.com |
| David W. Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Joshua I. Goldman | on behalf of Creditor JPMorgan Chase Bank  National Association jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com |
| Lauren M. Lamb | on behalf of Debtor Christopher L. Rudich julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;Lamb |

LR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Lauren M. Lamb

on behalf of Joint Debtor Elizabeth S. Rudich
julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;Lamb
LR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Michael John Clark

on behalf of Creditor Lakeview Loan Servicing  LLC mclark@squirelaw.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft

on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

Thomas Song

on behalf of Creditor Flagstar Bank  FSB pawb@fedphe.com

Thomas Song

on behalf of Creditor FLAGSTAR BANK FSB  AS SERVICER, et.al. pawb@fedphe.com

Thomas Song

on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC pawb@fedphe.com

Thomas Song

on behalf of Creditor Lakeview Loan Servicing  LLC pawb@fedphe.com

William E. Craig

on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com
mhazlett@mortoncraig.com;mortoncraigecf@gmail.com


TOTAL: 16