**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   CHRISTOPHER L. RUDICH
   ELIZABETH S. RUDICH
       Debtor(s)

   Ronda J. Winnecour
       Movant
      vs.
   No Repondents.

Case No.: 16-20524

Chapter 13

Document No.: 123

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this 14th day of June, 20 21, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
6/14/21 12:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_ dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                               Case No. 16-20524-CMB

Christopher L. Rudich                                                                    Chapter 13

Elizabeth S. Rudich

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                                           User: culy                                            Page 1 of 4

Date Rcvd: Jun 14, 2021                            Form ID: pdf900                              Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++                   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher L. Rudich, Elizabeth S. Rudich, 190 Washington Street, Baden, PA 15005-1922 |
| cr | | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 14179388 | + | American Education Service/PHEAA, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14179389 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, 4161 Piedmont Parkwya, Greensboro, NC 27410-1000 |
| 14208684 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14406042 | | Educational Credit Management Corporation, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14179394 | + | Federal Loan Servicing Credit, PO Box 60610, Harrisburg, PA 17106-0610 |
| 14179395 | + | First National Bank of PA, 4140 East State Street, Hermitage, PA 16148-3401 |
| 14187158 | | First National Bank of Pennsylvania, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14187157 | + | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15026263 | | Flagstar Bank, FSB, P.O. Box 660263, Dallas, TX 75266-0263 |
| 15073236 | + | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., MS 5-251, Coral Gables, FL 33146-1873 |
| 14191518 | + | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 14179403 | + | PNC Bank, PO Box 747032, Pittsburgh, PA 15274-7032 |
| 14210163 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14179406 | + | USAA Savings Bank, PO Box 33009, San Antonio, TX 78265-3009 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 15 2021 00:04:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Ste 3000, Southfield, MI 48034-8331 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Jun 15 2021 00:27:13 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14218725 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 15 2021 00:27:24 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 15067696 | | Email/Text: ebnnotifications@creditacceptance.com | Jun 15 2021 00:04:00 | Credit Acceptance, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 14179391 | + | Email/Text: bankruptcy@cavps.com | Jun 15 2021 00:05:00 | Cavalry Portfolio Service, 500 Summit Lake Drive, Valhalla, NY 10595-2322 |
| 14205400 | + | Email/Text: bankruptcy@cavps.com | Jun 15 2021 00:05:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14179393 | + | Email/Text: mediamanagers@clientservices.com | Jun 15 2021 00:04:00 | Client Services, 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 14191611 | | Email/Text: mrdiscen@discover.com | Jun 15 2021 00:04:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14248196 | + | Email/Text: kburkley@bernsteinlaw.com | | |

| District/off: 0315-2 | User: culy | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 14, 2021 | Form ID: pdf900 | Total Noticed: 41 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jun 15 2021 00:06:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14179398 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 15 2021 00:27:05 | GE Capital, P.O. Box 9001557, Louisville, KY 40290-1557 |
| 14179399 | | Email/PDF: gecsedi@recoverycorp.com | Jun 15 2021 00:27:05 | GE Capital Retail Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14181152 | + | Email/Text: bankruptcy@huntington.com | Jun 15 2021 00:05:00 | Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 14179400 | + | Email/Text: bankruptcy@huntington.com | Jun 15 2021 00:05:00 | Huntington National Bank, PO Box 1558, Columbus, OH 43216-1558 |
| 14179401 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 15 2021 00:04:00 | IRS, 5045 Butler Ave, Fresno, CA 93888-7700 |
| 14179402 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 15 2021 00:05:00 | Jefferson Capital System, 16 McLeland Road, Saint Cloud, MN 56303 |
| 14179392 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 15 2021 00:25:53 | Chase, P.O. Box 78420, Phoenix, AZ 85062 |
| 14288069 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 15 2021 00:25:53 | JPMorgan Chase Bank, N.A., Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 15300759 | + | Email/Text: cashiering-administrationservices@flagstar.com | Jun 15 2021 00:06:00 | Lakeview Loan Servicing, LLC, c/o Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14381549 | | Email/Text: peritus@ebn.phinsolutions.com | Jun 15 2021 00:06:00 | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 14179404 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 15 2021 00:27:36 | Portfolio Recovery Associates, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14233071 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 15 2021 00:27:36 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14187323 | | Email/Text: bnc-quantum@quantum3group.com | Jun 15 2021 00:04:00 | Quantum3 Group LLC as agent for, CP Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14187647 | | Email/PDF: rmscedi@recoverycorp.com | Jun 15 2021 00:27:13 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14179407 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 15 2021 00:04:00 | Verizon Wireless, P. O. Box 17464, Baltimore, MD 21297-1464 |
| 14179408 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 15 2021 00:04:00 | World Financial Network Bank, PO Box 182124, Columbus, OH 43218-2124 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | FLAGSTAR BANK FSB, AS SERVICER, et.al. |
| cr | | Flagstar Bank, FSB |
| cr | | JPMorgan Chase Bank, National Association |
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | Lakeview Loan Servicing, LLC |
| cr | *+ | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| cr | * | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 14179390 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998 |
| 14179397 | *+ | First National Bank of PA, 4140 EAst State Street, Hermitage, PA 16148-3401 |
| 14179396 | *+ | First National Bank of PA, 4140 East State Street, Hermitage, PA 16148-3401 |
| 14301574 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA |

|  |  |  |
|---|---|---|
|  |  | 71203-4774, address filed with court:, JPMorgan Chase Bank, N.A., Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14179405 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, 120 Corporate Boulevard, Norfolk, VA 23502 |

TOTAL: 6 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 16, 2021                          Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor JPMorgan Chase Bank  National Association agornall@gornall-law.com |
| Brian Nicholas | on behalf of Creditor JPMorgan Chase Bank  National Association bnicholas@kmllawgroup.com |
| Chandra Marie Arkema | on behalf of Creditor Lakeview Loan Servicing  LLC tuhawkeye@msn.com, carkema@squirelaw.com |
| David W. Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Joshua I. Goldman | on behalf of Creditor JPMorgan Chase Bank  National Association jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com |
| Lauren M. Lamb | on behalf of Debtor Christopher L. Rudich julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Lauren M. Lamb | on behalf of Joint Debtor Elizabeth S. Rudich julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Michael John Clark | on behalf of Creditor Lakeview Loan Servicing  LLC mclark@squirelaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Flagstar Bank  FSB pawb@fedphe.com |
| Thomas Song | on behalf of Creditor FLAGSTAR BANK FSB  AS SERVICER, et.al. pawb@fedphe.com |
| Thomas Song | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC pawb@fedphe.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 4 of 4 |
| Date Rcvd: Jun 14, 2021 | Form ID: pdf900 | Total Noticed: 41 |

Thomas Song
    on behalf of Creditor Lakeview Loan Servicing LLC pawb@fedphe.com

William E. Craig
    on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 16